# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                                Crim. No.  5:09-MJ-1459-1

SIMION CRUZ-CACERES

     On March 8, 2011, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                Respectfully submitted,

 /s/ Robert K. Britt                                      /s/ Matthew Smith
Robert K. Britt                                             Matthew Smith
Senior U.S. Probation Officer                     U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this     30th     day of    September        , 2011.

                                                                    James E. Gates
                                                                    United States Magistrate Judge